UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CR517 JCH |
| | ) | |
| ANNKESHA WELCH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendant's pre-trial Motion to Suppress Statements (Doc. No. 50). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Terry I. Adelman, who filed a Report and Recommendation on January 31, 2011 (Doc. No. 70). Neither party submitted objections to the Report and Recommendation.

Magistrate Judge Adelman recommends that the Court deny Defendant's motions. After de novo review of the entire record in this matter, the Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 70) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Statements (Doc. No. 50) is **DENIED**.

Dated this 15th day of February, 2011.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE